**Opinion issued October 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00801-CR

————————————

## IN RE CHARLES L. GRABLE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Charles L. Grable seeks mandamus relief against Terese Buess, a Harris County District Attorney.[1]  We dismiss the petition.

By statute, this Court has the authority to issue writs of mandamus against "a judge of a district, statutory county, statutory probate county, or county court in the

---

[1]   The underlying case is *The State of Texas v. Charles L. Grable*, cause number 764539, pending in the 232nd District Court of Harris County, Texas, the Honorable Josh Hill presiding.

court of appeals district" and to issue writs of mandamus to enforce our jurisdiction. TEX. GOV'T CODE § 22.221(a), (b). We have no power to issue writs of mandamus against district attorneys and relator does not argue that mandamus is necessary to enforce our jurisdiction. Thus, we have no jurisdiction to grant relator the relief he seeks.

We dismiss the petition for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).